JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR03-5287RBL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | (PROPOSED) ORDER GRANTING MOTION TO REDUCE SENTENCE |
| MICHAEL REESE WILLIAMS, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court upon the motion of defendant for a reduction of sentence pursuant to 18 U.S.C. § 3582(c), and the Court having found that the retroactive amendment to the crack cocaine guideline operates in this case to reduce the base offense level from 26 to 24, and the total offense level from 25 to 23, and the parties having agreed to the disposition in this case,

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced from 84 months imprisonment to 70 months of imprisonment. The United States Probation Office shall prepare an Amended Judgment reflecting the reduced sentence, ~~said judgment to be effective March 3, 2008~~. The Clerk of the Court shall assure service of this Order on the Bureau of Prisons and the United States Marshal.

IT IS FURTHER ORDERED that all other terms and provisions of the original Judgment remain in full force and effect.

(PROPOSED) ORDER GRANTING MOTION
TO REDUCE SENTENCE- 1
(*Michael Williams*; CR03-5287RBL)

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1  DATED this 14th day of April, 2008.

2

3                                    _____
                                     RONALD B. LEIGHTON
4                                    UNITED STATES DISTRICT JUDGE

5
   Presented By:
6

7  /s/ Colin A. Fieman
   Colin A. Fieman
8  Assistant Federal Public Defender

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING MOTION
TO REDUCE SENTENCE- 2
(*Michael Williams*; CR03-5287RBL)

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710